No. 11–8006. MEANS v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 11–8007. SHREVE v. FETTER ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–8008. SINGH v. CITY OF NEW YORK HOUSING PRESERVATION AND DEVELOPMENT DEPARTMENT. C. A. 2d Cir. Certiorari denied.

No. 11–8009. THOMPSON v. STURGIS. Ct. App. Tenn. Certiorari denied.

No. 11–8010. STINE v. DAVIS, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 11–8011. SERRANO REYES v. SUBIA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–8012. CRUZ v. HOLDER, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.

No. 11–8015. BROWN v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 11–8017. KIM v. STAHMAN ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–8019. MCGINNIS v. CALIFORNIA. Ct. App. Cal., 4th App. Dist., Div. 3. Certiorari denied.

No. 11–8020. COLON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–8021. DENNIS v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 11–8022. WALKER v. KANE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–8027. SHAW v. KIRKLAND, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–8029. MORGAN v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.